ORIGINAL

FORM 2
COVER SHEET

RECEIVED
JUN 30 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
North Hartland, L.L.C.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): John S. Lopatto III

Firm Name: Law Offices of John Lopatto III

06-495 C

Post Office Box:

Street Address: 1725 Eye St., N.W., Suite 300

City-State-Zip: Washington, D.C. 20006

Telephone & Facsimile Numbers: 202-861-5800 (Fax: 202-861-5802)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 1 1 0
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A G R
See attached sheet for three-digit codes.

Amount Claimed: $9.5 million plus attorneys fees andcosts
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.