ORIGINAL

FILED
JUN 30 2006
U.S. COURT OF FEDERAL CLAIMS

ECF

UNITED STATES COURT OF FEDERAL CLAIMS

NORTH HARTLAND, L.L.C., :
PLAINTIFF
:
V.
: 06-495 C
UNITED STATES OF AMERICA
(RURAL UTILITIES SERVICE OF :
U.S. DEPARTMENT OF AGRICULTURE),
DEFENDANT

## PLAINTIFF'S RCFC 7.1 DISCLOSURE

Pursuant to RCFC 7.1, plaintiff North Hartland, L.L.C., states that it is a limited liability company organized under the laws of Virginia. The managers and members of this limited liability company are individuals or entities other than publicly held corporations. There are no parent corporations to the managers and members of North Hartland, L.L.C. No publicly held corporation owns 10% of more of the stock of any manager or member of North Hartland, L.L.C.

Respectfully submitted,

John S. Lopatto III, Member Bar
1725 Eye St., N.W., Suite 300
Washington, D.C. 20006
202-861-5800 (Va. Office: 703-548-8254)
Fax: 202-861-5802
Attorney for Plaintiff North Hartland, L.L.C.