IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTH HARTLAND, L.L.C., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-495C (Judge C. Miller) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Timothy P. McIlmail as attorney of record for the United States.

TIMOTHY P. MCILMAIL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

Dated: July 21, 2006

Certificate of Filing

I hereby certify that on July 21, 2006, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail