IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH HARTLAND, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-495C |
| v. | ) | |
| | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of 45 days, to and including Friday, October 13, 2006, within which to respond to plaintiff's complaint. Defendant's response is currently due on Tuesday, August 29, 2001. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request.

Upon receipt of the complaint, Government counsel requested a litigation report, pursuant to 28 U.S.C. § 520, from the Rural Utilities Service ("RUS"), to assist in preparing a response to plaintiff's complaint. However, counsel for the RUS will be out of her office for most of the weeks of August 7 and 14, 2006, and, because of the press of other business, does not expect to be able to turn her attention to the report until September 2006. In addition, the file materials from which the report would be generated are in an old records unit, and are being ordered. Until the RUS provides the litigation report and we are able to

review it, we will be unable to file a meaningful response to plaintiff's complaint. In view of the foregoing, we do not expect to be reasonably able to respond to the complaint before October 13, 2006.

For these reasons, the United States respectfully requests that the Court grant this consent motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325
Fax: (202) 514-7965

Attorneys for Defendant

August 3, 2006

Certificate of Filing

I hereby certify that on August 3, 2006, a copy of the foregoing Defendant's Consent Motion For An Extension Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail