# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NORTH HARTLAND, L.L.C.,** *

Plaintiff, *

v. * No. 06-495C

**THE UNITED STATES,** * (Filed Dec. 4, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Preliminary Status Report filed on December 4, 2006,

**IT IS ORDERED**, as follows:

1. All fact discovery shall be completed by July 31, 2007.

2. The parties shall exchange all expert reports by October 1, 2007.

3. The parties shall exchange all rebuttal expert reports by November 30, 2007.

4. All depositions and other discovery shall be completed by December 31, 2007.

5. A status conference shall be held at 2:30 p.m. on Thursday, April 12, 2007, in the Howard T. Markey National Courts Building. The parties shall be prepared to discuss the progress of discovery.

______________________________

**Christine Odell Cook Miller**
Judge