# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **NORTH HARTLAND, L.L.C.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-495C |
| **THE UNITED STATES,** | * | (Filed Apr. 3, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to Defendant's Motion To Compel Responses To Discovery Requests filed on April 2, 2007,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 7.2(a), plaintiff shall respond by Monday, April 9, 2007.

2. Defendant may file a reply by Thursday, April 19, 2007.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge