J N S. LOPATTO III

VIRGINIA OFFICE:
803 GIBBON STREET
ALEXANDRIA, VA 22314-4115
703-548-8254

ATTORNEY AT LAW
1776 K STREET, N.W., SUITE 800
WASHINGTON, D.C. 20006-2365

ADMITTED TO PRACTICE:
DISTRICT OF COLUMBIA
VIRGINIA
MARYLAND
PENNSYLVANIA

202-861-5800 / FAX 202-861-5802 / E-MAIL: JLOPATTO3@AOL.COM

March 28, 2007

Timothy P. McIlmail
Attorney, Comm. Lit. Civil
U.S. Dept. Justice
1100 L St., N.W.
Mail Code: Classification Unit-8th Floor
Washington, D.C. 20540

Re: North Hartland LLC v. United States/RUS, 06-CV-0495, U.S. Ct. Fed. Claims

Dear Counsel:

Enclosed are Plaintiff's unsigned Answers to the two Interrogatories, and additional documents responsive to Request for Production No. 3.

Sincerely,

John S. Lopatto III
Attorney for Plaintiff

Enclosures