J. IN S. LOPATTO III

VIRGINIA OFFICE:
803 GIBBON STREET
ALEXANDRIA, VA 22314-4115
703-548-8254

ATTORNEY AT LAW
1776 K STREET, N.W., SUITE 800
WASHINGTON, D.C. 20006-2365

ADMITTED TO PRACTICE:
DISTRICT OF COLUMBIA
VIRGINIA
MARYLAND
PENNSYLVANIA

202-861-5800 / FAX 202-861-5802 / E-MAIL: JLOPATTO3@AOL.COM

April 4, 2007 Hand Delivery

Timothy P. McIlmail, Trial Attorney
U.S. Dept. Of Justice
1100 L St., N.W., Mail Code: Classification Unit-8th Floor
Washington, D.C. 20540

Re: North Hartland LLC v. United States/RUS, 06-CV-0495, U.S. Court of Federal Claims

Dear Counsel:

Enclosed is Doc. 21, the January 3, 2005, 90 Day Exclusivity Agreement between Vermont Generating LLC and Essex Hydro Associates, for assignment for consideration of the purchase rights to FERC Project P-2816. Also enclosed is Doc. 22, the January 19, 2005 Agreement for Sale with respect to purchase rights for this asset. Both these documents disclose the purchase price information requested in your discovery demands. These documents were to be confidential between assignor and assignee. After your discovery requests in this litigation, the assignor and assignee negotiated a special relaxing of the confidentiality terms to permit release of the documents owing to litigation. Delay in release of the documents was entirely because of communications lag in these negotiations and because of the recent religious holidays that had some principals unavailable.

**Please withdraw your recent Motion to Compel**, the issues of which are largely moot and are explained in this letter. Your motion was also filed apparently before you received plaintiff's discovery responses mailed March 28, 2007. Kindly inform the Court and me of the status of the motion to compel before the plaintiff's reply date on April 9, 2007.

Thank you.

Sincerely,

John S. Lopatto III
Attorney for Plaintiff North Hartland LLC (of Va.)

Enclosures