JOHN S. LOPATTO III

VIRGINIA OFFICE:
803 GIBBON STREET
ALEXANDRIA, VA 22314-4115
703-548-8254

ATTORNEY AT LAW
1776 K STREET, N.W., SUITE 800
WASHINGTON, D.C. 20006-2365
202-861-5800 / FAX 202-861-5802 / E-MAIL: JLOPATTO3@AOL.COM

ADMITTED TO PRACTICE:
DISTRICT OF COLUMBIA
VIRGINIA
MARYLAND
PENNSYLVANIA

April 11, 2007

Timothy P. McIlmail,
Attorney, Commercial Lit. Civil
U.S. Department of Justice
1100 L St., N.W.; 8th Floor
Washington, D.C. 20540

By U.S. Mail and Fax to 202-514-7965

Re: North Hartland LLC v. United States/RUS, 06-CV-0495

Dear Counsel:

Enclosed are the signed Plaintiff's Answers to Defendant's First Set of Interrogatories, updated after the confidentiality matter was worked out with the 2005 assignee.

Please withdraw your motion to compel.

Sincerely,

John S. Lopatto III
Attorney for Plaintiff