# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **NORTH HARTLAND, L.L.C.,** <br> **PLAINTIFF** | : |
| | : **NO. 06-495C** |
| **V.** | |
| | : **Judge C. MILLER** |
| **UNITED STATES** <br> **(RURAL UTILITIES SERVICE),** <br> **DEFENDANT** | : |

## PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

1. Identify the entities or persons to which or whom any rights pursuant to the Assets Purchase Agreement that is Plaintiff's Exhibit 1 to the complaint have been assigned.

Answer: In January 2005, Plaintiff signed a 90 day exclusivity agreement with Essex Hydro Associates, LLC (of Del.) for that company (or a project company to be created) to receive assignment of the purchase rights. Later in January 2005, plaintiff signed an Agreement for the Purchase and Sale of Vermont Generating LLC Equity Interests, with Concord Hydro Associates, LP (of N.H.) This company was affiliated with Essex Hydro Associates, LLC. Concord may have assigned to another company the actual licensing control of the Vermont hydro power asset, FERC No. 2816.

2. For how much did plaintiff sell its purchase rights pursuant to the Assets Purchase Agreement in January 2005, as referenced in paragraphs 49 and 58 of the complaint.

Answer: The sale price of the purchase rights is stated in the 90 Day Exclusivity Agreement and separate Agreement for Purchase and Sale, as $435,000.00. These two documents contained confidentiality terms between the seller and buyer that prevented release of this sale price until now. Because of this litigation, North Hartland and representatives of Concord Essex negotiated a limited wavier of these confidentiality terms so that North Hartland could produce these two documents to the United States pursuant to that party's discovery demands. The negotiations between North Hartland and