representatives of Concord Essex were not finalized in writing until the afternoon of April 4, 2007.

Sworn Declaration

Under penalty of perjury, I swear and affirm that the above answers are true and correct to the best of my information and belief. The plaintiff's attorney assisted me in the wording of these answers.

April 11, 2007

Robert L. Carey, Sr.
Manager, North Hartland LLC (of Va.)

Date

By Counsel for Plaintiff
John S. Lopatto III
1725 Eye St., N.W., Suite 300
Washington, D.C. 20006
202-861-5800
FAX: 202-861-5802