IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH HARTLAND, L.L.C., Plaintiff, | ) | No. 06-495C |
| v. | ) | (Judge C. Miller) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

Defendant, the United States, respectfully submits this reply to the response that plaintiff, North Hartland, L.L.C. ("North Hartland"), filed to our application for an order compelling it to complete its responses to our discovery requests. With that response, North Hartland has substantially satisfied the remaining issues that were the subject of our motion to compel. Therefore, we respectfully withdraw our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
by s/ Brian M. Simkin
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
HELEN HARRIS
Department of Agriculture

April 12, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on April 12, 2007, a copy of the foregoing Defendant's Reply To Plaintiff’s Opposition To Defendant’s Motion To Compel Responses To Discovery Requests was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Timothy P. McIlmail