ATTACHMENT A

RELEASE AND SATISFACTION OF LIENS

RELEASE AND SATISFACTION OF LIENS, dated as of the 30th day of March, 2005, made by the UNITED STATES OF AMERICA (the "Government"), acting through the Administrator of the Rural Utilities Service, to North Hartland, L.L.C., (the "Company").

WHEREAS, the Government has agreed to cause the transfer of the interest of Vermont Electric Generation & Transmission Cooperative, Inc. ("VEG&T") in the realty, personal property, improvements, fixtures, licenses contracts, connected with the hydroelectric generating facility at or near the North Hartland Lake, Vermont (the "Purchased Assets");

WHEREAS, the Company has requested that the Government release and discharge any and all rights, title, liens and interests of the Government in the Purchased Assets;

THESE PRESENTS WITNESSETH that, in consideration of the sum of one dollar in hand paid by the Company to the Government at the time of delivery of these presents and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Government does RELEASE AND DISCHARGE any and all rights, title, liens and interests of the Government in the Purchased Assets resulting from loans made to VEG&T under the authority of the Rural Electrification Act of 1936, (7 U.S.C. 901 et. seq.).

This release is made by the Government and accepted by the Company without covenant or warranty, express or implied, at law or in equity, and without recourse to the Government, in any event or in any contingency.

IN WITNESS WHEREOF, the Government has caused this instrument to be duly executed in its behalf, all as of the day and year first above written.

UNITED STATES OF AMERICA

By Curtis M. Anderson

Acting Administrator
Rural Utilities Service

Executed by the United States of America
In the presence of :

Karen A. Oknwell

John McCracken, Jr.

Witness