Unofficial FERC-Generated PDF of 20050404-0093 Received by FERC OSEC 04/01/2005 in Docket#: P-2816-032

ORIGINAL

**NORTH HARTLAND, LLC**
c/o ESSEX HYDRO ASSOCIATES, LLC
55 UNION STREET, 4TH FLOOR
BOSTON, MASSACHUSETTS 02108 USA

TELEPHONE: +617-367-0032
FAX: +617-367-3796
E-MAIL: nhllc@essexhydro.com

2005 MAR 31 A 9:04

March 31, 2005

Re: Project No. 2816-032 FERC letter dated February 14, 2005

Mr. William Guey-Lee
Chief, Engineering and Jurisdiction Branch
Division of Hydropower Administration and Compliance

Dear Mr. Guey-Lee,

North Hartland L.L.C. ("NHL (NH)"), a New Hampshire LLC, hereby responds to your letter of February 14, 2005 which requested additional information concerning NHL (NH)'s request for rehearing on the North Hartland hydroelectric project.

NHL (NH) is very pleased to report that a closing has been scheduled for Tuesday, April 4, 2005 to acquire ownership of the North Hartland project works ("the NHL project")from the Rural Utility Service ("RUS"). As will be reported below, the only action which remains to be accomplished is final approval of a release in connection with payment of taxes to the Town of Hartland, Vermont. NHL intends on Tuesday, April 4, 2005 to forward a copy of final closing documents to supplement this response. While the parties had expected to close the transaction on March 30, 2005, a five day delay has been caused by an overlooked Town ordinance legal notice requirement.

Specific responses to the FERC information request are as follows:

**1.NHL(NH)/Concord Hydro Associates ("CHA") Information**

a. **NHLProject Purchase Agreement/Ownership of NHL (NH).** - Please find enclosed a certificate dated January 21, 2005 signed by the former owner of NHL (NH), North Hartland LLC, Virginia ("NHL Virginia") which evidences that Concord Hydro Associates ("CHA") purchased 100% of the ownership interest in NHL(NH) from NHL (Virginia). Please note that NHL Virginia was 100% owned by Mr. Robert Carey, Jr. who also is a signatory to this certificate. The actual Purchase and Sale Agreement ("PSA") is covered by a confidentiality clause. If you require further evidence of CHA's ownership of NHL(NH) NHL (NH) will seek to provide redacted portions of the PSA which address the additional questions you may have.

Also attached to this filing are copies of the quit claim deed and bill of sale and other related RUS closing documents which will evidence the transfer of ownership of the NHL project from the bankruptcy trustee and RUS to NHL(NH). All of these documents have been signed by the relevant parties. The bankruptcy documents are being held in escrow by NHL (NH)'s counsel pending authorization of the RUS to release these documents. A letter from the RUS evidencing the closing status is attached for your information.

Unofficial FERC-Generated PDF of 20050404-0093 Received by FERC OSEC 04/01/2005 in Docket#: P-2816-032

On Thursday, March 31, 2005, NHL (NH) paid all outstanding amounts owed to the FERC. Acknowledgment of this payment is attached together with copies of a signed release from Central Vermont Public Company and an unsigned release from the Town of Hartland Vermont. The Selectmen of the Town of Hartland have approved the form of release. The only action yet to be taken is a vote by the Town of Hartland Board of Civil Authority which is scheduled to occur Monday, April 4, 2005. As mentioned above, a closing on the purchase of the NHL project is scheduled for April 5, 2004. By separate filing NHL(NH) will submit these closing documents to the FERC in order to comply with FERC license transfer requirements.

b. **Ownership/Management Structure of CHA and NHL(NH)** - CHA owns 100% of the membership interest in NHL (NH). NHL (NH) is a New Hampshire limited liability company. There are no other owners of NHL (NH). CHA is a New Hampshire limited partnership. As a limited partnership, CHA is jointly managed by two general partners, Essex Hydro Associates LLC (EHA) and Oxford Penacook, Inc. ("OPI"). The officers of EHA are: Richard A. Norman, President; Thomas A. Tarpey, Executive Vice President; Andrew Bodner, Vice President, Barry Flynn, Vice President and Harry Wolf, Treasurer. OPI's sole shareholder and officer is Andrew M. Bodner. NHL(NH) does not presently have an operating agreement. Management decisions are made by the officers of EHA and OPI.

c. **Financial Capability**- NHL (NH) does not have any audited historical financial statements. As explained in previous filing with the FERC, CHA did not acquire ownership of NHL(NH) until early in 2005. NHL(NH) has had no prior business activities. CHA believes NHL (NH) was formed solely to acquire and reactivate the NHL project.

NHL(NH) has and will be capitalized with funds provided by CHA. As of March 30, 2005 CHA has available in excess of $3,000,000 of funds to acquire and reactivate the NHL project. Immediately after the closing NHL (NH) will forward evidence that it has 1) paid the RUS $1,400,000 to acquire the NHL project; 2) paid approximately $177,000 to Central Vermont Public Service Company ("CVPS") to settle a past due account for electricity that had been consumed by the NHL project from the time of bankruptcy until the March 30, 2005 closing; 3) paid $250,000 to the Town of Hartland, Vermont as payment for taxes due from the time of bankruptcy until the closing; a further $100,000 may be payable after closing and 4) paid $15,317 to the FERC to settle all outstanding payments due to the FERC on the NHL project. These payments represent all known amounts due and payable with respect to the NHL project as of the time of closing. CHA also has made available or will make available sufficient additional funds to reactivate the NHL project.

2. **Renaming of NHL (NH)**- On January 19, 2005 CHA filed a certificate with the New Hampshire Secretary of State renaming Vermont Generating L.L.C. as New Hampshire LLC(NHL(NH)). A copy of a Certificate of Existence dated March 22, 2005 issued by the State of New Hampshire Department of State on March 20, 2005 is attached. The Certificate of good standing references Vermont Generating LLC as a previous name of NHL(NH).

Unofficial FERC-Generated PDF of 20050404-0093 Received by FERC OSEC 04/01/2005 in Docket#: P-2816-032

3. - **Conveyance of North Hartland Project Works** - As mentioned above, documentation evidencing the conveyance of the NHL project from the bankruptcy court and the RUS to NHL(NH) are attached to this letter. NHL(NH) intends to begin negotiations immediately with CVPS to acquire the right to use or own the 6 mile transmission line now owned by CYPS to connect the project to the Queeche point of interconnection..

4. **Acceptability of the Change in Ownership of NHL** - The Public Service Board of Vermont, Central Vermont Public Service Corporation and the Town of Hartland have filed pleadings with the FERC in connection with NHL(NH)'s request for reconsideration. With respect to the RUS, attached is a letter from the RUS dated March 30, 2005 which provides evidence of support of the RUS for NHL's acquisition of the NHL project. Lastly, during the time since the FERC granted a stay in it's decision on the NHL license transfer, NHL has met with the representatives of Regional office of the U.S. Army Corps of Engineers ("COE") to discuss its NHL's acquisition of the North Hartland project works. As evidence of the COE's cooperation, the COE has authorized NHL to conduct several site visits to prepare for construction work to reactivate the NHL project.

NHL respectfully believes the enclosed information responds to the questions raised in the referenced FERC letter. If there are any further questions please contact either R. Norman (617-367-0032 "rnorman@essexhydro.com") or Ms. Elizabeth Whittle ( 202-585-8338).

Sincerely,

Concord Hydro Associates
Managing Member

By: Essex Hydro Associates L.L.C.
A General Partner

By: Richard A. Norman /ew
Richard A. Norman,
President

cc: E. Whittle
H Huessy
V. Schwiebert
Secretary, FERC