IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH HARTLAND, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-495C |
| v. | ) | |
| | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION TO EXTEND TIME FOR FACT DISCOVERY

Defendant, the United States, respectfully requests a 31-day enlargement of time within which the parties may complete fact discovery. Pursuant to the Court's December 5, 2006 order, fact discovery is currently to be completed by July 31, 2007. This is defendant's first request for an enlargement for this purpose. The enlargement would require fact discovery to be completed by August 31, 2007. Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request.

We request the enlargement because lead counsel for defendant has been and continues to be engaged in completing discovery in The TAS Group v. Department of Justice, a case scheduled to be heard by the United States Civilian Board of Contract Appeals during the week of August 20, 2007. Lead counsel for defendant has also been engaged in preparing for oral arguments delivered in Interspiro, Inc. v. United States, No. 2007-5019 (Fed. Cir.), and DeArchibold v. United States, No. 2007-1032 (Fed. Cir.), during the week of July 9, 2007. Finally, although lead counsel for defendant recently contacted

counsel for plaintiff regarding the scheduling of a deposition of plaintiff's principal by July 31, 2007, counsel for plaintiff explained that his schedule would not permit him to attend a deposition taken by that date.

For these reasons, defendant respectfully requests that the Court enlarge the time for the parties to complete fact discovery by 31 days, to August 31, 2007. Defendant does not request that the Court extend any other of the dates set forth in its December 5, 2006 order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0342
Fax: (202) 514-7965

OF COUNSEL
HELEN HARRIS
Department of Agriculture

July 16, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on July 16, 2007, a copy of the foregoing Defendant's Consent Motion To Extend Time For Fact Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Timothy P. McIlmail