IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH HARTLAND, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-495C |
| v. | ) | |
| | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND CONSENT MOTION
TO EXTEND TIME FOR FACT DISCOVERY

Defendant, the United States, respectfully requests a seven-day enlargement of time within which the parties may complete fact discovery. Pursuant to the Court's July 16, 2007 order, fact discovery is currently to be completed by August 31, 2007.

This is defendant's second request for an enlargement for this purpose. On July 16, 2007, the Court granted defendant's request for an enlargement of 31 days to complete fact discovery, to August 31, 2007. The enlargement that we currently request would require fact discovery to be completed by September 7, 2007. Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request.

We request the enlargement because defendant has noticed the deposition of plaintiff for August 29, 2007, but counsel for plaintiff has informed defendant that plaintiff's designated representative for that deposition is unavailable during the week of August 27, 2007, but would be available on September 7, 2007. In addition, during the week of August 20, 2007, lead counsel for

defendant will be engaged in briefing the Government's position in Forest City Military Communities, LLC v. United States, No. 07-222C (Fed. Cl.), a bid protest action, and completing discovery in The TAS Group v. Department of Justice, an appeal before the United States Civilian Board of Contract Appeals.

For these reasons, defendant respectfully requests that the Court enlarge the time for the parties to complete fact discovery by seven days, to September 7, 2007. Defendant does not request that the Court extend any other of the dates set forth in its December 5, 2006 scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
HELEN HARRIS
Department of Agriculture

August 20, 2007 Attorneys for Defendant

Certificate of Filing

I hereby certify that on August 20, 2007, a copy of the foregoing Defendant's Second Consent Motion To Extend Time For Fact Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Timothy P. McIlmail