#067270

## UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 23 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **NORTH HARTLAND, L.L.C., PLAINTIFF** | : | |
| | : | **NO. 06-495-C** |
| **V.** | : | |
| **THE UNITED STATES, DEFENDANT** | : | |

**NOTICE OF APPEAL BY PLAINTIFF NORTH HARTLAND, L.L.C.**

Notice is hereby given that plaintiff North Hartland, L.L.C. in the above-styled case, hereby appeals to the U.S. Court of Appeals for the Federal Circuit, from the Final Judgment (with August 27, 2007 Memorandum Opinion and Order) entered in this action on August 28, 2007. In addition to this ECF filing, four hard copies of this Notice of Appeal are today filed with the Clerk, accompanied by the filing fee.

Respectfully submitted,

/s/ J.S. Lopatto III

John S. Lopatto III, Member Bar
1776 K St., N.W., Suite 200
Washington, D.C. 20006
202-861-5800
Fax: 202-861-5802
Attorney for Plaintiff-Appellant North Hartland L.L.C.

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appeal was served on the following by deposit in the U.S. Mail on October 23, 2007:

Timothy McIlmail, Trial Attorney
Commercial Lit. Branch, Civil Division
U.S. Department of Justice
Mail Code: Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530

J. S. Lopatto III

John S. Lopatto III